ABRAHAM B. BLOCK and BERNARD B. BLOCK, as Executors and Trustees, etc., of ROSE A. BLOCK, Deceased, Respondent, v. HANPEARL REALTY CORP., Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

MOSCOW FIRE INSURANCE COMPANY, OF MOSCOW, RUSSIA, and Another, Respondents, v. BANK OF NEW YORK AND TRUST COMPANY, as Agent or Depository of Said Moscow FIRE INSURANCE COMPANY, OF MOSCOW, RUSSIA, etc., Defendants. SAMUEL E. MORRO and Others, Plaintiffs, v. MOSCOW FIRE INSURANCE COMPANY, OF MOSCOW, RUSSIA, and Another, Defendants. BORRIS M. KOMAR, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of ASSOCIATION OF MASTER PAINTERS & DECORATORS OF THE CITY OF NEW YORK, INC., Petitioner, Appellant, to Vacate an Award Made by LOUIS S. POSNER, Impartial Chairman, Respondent, Appointed Pursuant to an Agreement Dated November 28th, 1940, between Said Association and the Brotherhood of Painters, Decorators and Paperhangers of America, District Council No. 9 of New York City, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

INTERNATIONAL UTILITIES CORPORATION, a Maryland Corporation, Respondent, v. E. LAURENCE WHITE and Others, Defendants, Impleaded with PAUL C. RICHARDSON, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

JOSEPH HARDING, Individually and as Administrator, etc., of MAUDE HARDING, Deceased, Respondent, v. NATIONAL TRANSPORTATION Co., INC., Appellant, Impleaded with Another, Defendant.— Order granting plaintiff's motion for an examination before trial unanimously reversed, with twenty dollars costs and disbursements to the appellant, and the said motion denied. Appeal from order denying defendant's motion for resettlement dismissed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

CORENE JACOBSON TAGLIABUE, Appellant, v. CHARLES R. TAGLIABUE, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

CORONADO DEVELOPMENT CORPORATION, Respondent, v. SEVERANCE A. MILLIKIN, Defendant, Impleaded with H. VICTOR SCHWIMMER and Another, Appellants. — The complaint to which this motion was directed having been superseded by an amended complaint this appeal is dismissed. This disposition is without prejudice to any application which may be made as to the amended complaint. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [175 Misc. 1.]

In the Matter of Supplementary Proceedings: MANUFACTURERS TRUST COMPANY v. HENRY BRAVIN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.